```
                                              FILED IN THE
                                           UNITED STATES
                                        BANKRUPTCY COURT

                                        2009 SEP -4  PM 4: 17

                                        DISTRICT OF UTAH
```

Gary E. Jubber, Trustee (1758)
215 South State Street
Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| In re | Bankruptcy No. 03-41214 RKM |
|---|---|
| BIO-GENICS, INC., | Chapter 7 |
| Debtor. | **DEPOSIT OF UNCLAIMED FUNDS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On July 15, 2009, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 149 | Montana Naturals<br>PO Box 708428<br>Sandy, UT 84070 | $10,417.23 |
| 177 | Montana Naturals<br>PO Box 708428<br>Sandy, UT 84070 | 748.88 |

2. Said check has not been submitted for payment and was returned to sender as *return to sender unable to forward.*

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in JPMORGAN CHASE BANK, Account No. 312965883066.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $11,166.11 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 4 day of September, 2009.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2009, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111